# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – CENTRAL DIVISION

| | |
|---|---|
| MARIA L. HUERTA-GODINA, an individual; ERICK F. BALLESTEROS-HUERTA, an individual;<br><br>   Plaintiff,<br><br>vs.<br><br>JBS CARRIERS, INC.; KAI HUMMINGBIRD KAUHANE, an individual; and DOES 1 through 20, inclusive,<br><br>   Defendants. | CASE NO.: 2:21-CV-01857-MRW<br><br>[~~PROPOSED~~] **ORDER RE: DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**<br><br>Judge: Hon. Michael R. Wilner<br>Trial Date: 02/21/2021 |

1

[PROPOSED] ORDER RE: DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)

1  The Court is in receipt of the parties' Stipulation for Dismissal of Action
2  Pursuant to Federal Rule of Civil Procedure 41(a). Accordingly, the Court Orders
3  that this matter shall be dismissed pursuant to the aforementioned Stipulation for
4  Dismissal of Action Pursuant to Federal Rule of Civil Procedure 41(a).

Date: November 4, 2021            By: _____
                                  Honorable Michael R. Wilner
                                  United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that the following document(s):

**[PROPOSED] ORDER RE: DISMISSAL OF ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** was/were served on this date to counsel of record:

[ ]     **BY MAIL:**  By placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address(es) listed below.

[X]     **BY E-MAIL DELIVERY:**  Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the above document(s) to the person(s) at the e-mail address(es) listed below.  I did not receive, within a reasonable amount of time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ]     **BY OVERNIGHT MAIL:**  I enclosed said document(s) in an envelope or package provided by an overnight delivery carrier to be picked up by said overnight delivery service company for delivery to the addressee(s) listed on the service list.

[X]     **BY ELECTRONIC TRANSMISSION:**  I electronically filed the above document(s) with the Clerk of the Court using the CM/ECF system.  The CM/ECF system will send notification of this filing to the person(s) listed below.

Wyeth E. Burrows, Esq.
Steven D. Stutsman, Esq.
**WOOD, SMITH, HENNING & BERMAN**
501 West Broadway, Suite 1200
San Diego, California 92101
Telephone: (619) 849-4900
Facsimile:  (619) 849-4950
wburrows@wshblaw.com
sstutsman@wshblaw.com

DATED:  November 3, 2021

By: _____*Raul Laguitan*_____
RAUL LAGUITAN